Exhibit A

Authorization

Date: 25/6/2005

My name is Fouzia Ahmmed. I am acting as next friend for my HUSBAND whose name is Ahmed Gulaon Rabane, a citizen of PAKISTANE who is being held in Guantánamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize my counsel Atif Ali Khan Advocate, along with Michael Ratner and Barbara Olshansky of the Center for Constitutional Rights and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: [signature]

Print Name: Fouzia Ahammed

Witness: ABUL HUSAIN
General Councillor
Print Name: C. 10 Landhi Town
Karachi East

Exhibit B

Authorization

Date: 27-06-2005

My name is MALIKA _____ I am acting as next friend for my HUSBAND whose name is ABDULRAHEEM, a citizen of PAKISTAN who is being held in Guantánamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize my counsel Atif Ali Khan Advocate, along with Michael Ratner and Barbara Olshansky of the Center for Constitutional Rights and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interest, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: MALIKA

Witnessed by: _____

Print Name: MUHAMMAD YOUSUF