## RELATED CASES

*Aziz v. Bush*, 05-492 (JR) is related to the current case in that the Detained Petitioners were captured in Pakistan.