## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ABDUL RAHEEM GHULAM RABBANI, *et al.*,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05CV01607 (JR)

## NOTICE OF ENTRY OF APPEARANCE

    John Holland and Anna Cayton-Holland hereby give notice of their appearance in this Court on behalf of Petitioner Abdul Raheem Ghulam Rabbani and Next Friend Malkia and on behalf of Ahmmed Ghulam Rabbani, and Next Friend Fouzia Ahmmed.

Dated: August 30th, 2005

                                                         /s/
                                      John Holland (CO 5246)
                                      **LAW OFFICES OF JOHN HOLLAND**
                                      2150 W. 29th Ave, Suite 500
                                      Denver, CO 80211
                                      Telephone:   (303) 860-1331
                                      Facsimile:    (303) 832-6506

                                                         /s/
                                      Anna Cayton-Holland (CO 35811)
                                      **LAW OFFICES OF JOHN HOLLAND**
                                      2150 W. 29th Ave, Suite 500
                                      Denver, CO 80211
                                      Telephone:   (303) 860-1331
                                      Facsimile:    (303) 832-6506

## CERTIFICATE OF SERVICE

I, Anna Cayton-Holland, hereby certify that on this thirtieth day of August 2005, I caused copies of the forgoing Notice of Entry of Appearance to be served on each of the Respondents or their counsel as follows:

**By Electronic Means by ECF To:**
George W. Bush
President Of The United States Of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

Donald Rumsfeld
Secretary, United States Dept. of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE  09360

Army Col. Mike Bumgarner
Commander, JDOG
JTF-GTMO
APO AE  09360

**By Regular Mail To:**
Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC  20530

Alberto R. Gonzales
Attorney General Of The United States
U.S. Department Of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.

Room 511
Washington, DC  20530

                                        s/ Anna Cayton-Holland
                                            Original on file

                                            Anna Cayton-Holland