IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Abdul Raheem Ghulam Rabbani,** et al.      ) | |
| ) | |
| **Petitioners,**      ) | |
| ) | |
| v.      ) | No. 1:05-cv-1607-RMU |
| ) | |
| **GEORGE W. BUSH, et al.**      ) | |
| ) | |
| **Respondents.**      ) | |
| _____) | |

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDERS

Petitioners' counsel are attempting to initiate contact with their clients, Petitioner Ahmmed Ghulam Rabbani and Petitioner Abdul Raheem Ghulam Rabbanni. Specifically, counsel plans to travel to Guantanamo Bay to visit their clients next month in October 2005. Respondents have informed counsel that unless the Protective Orders described below are entered in this case, counsel will not be permitted to correspond or meet with Petitioners Ahmmed Ghulam Rabbani and Abdul Raheem Ghulam Rabbanni.

Petitioners therefore respectfully move for the expedited entry of the following Orders: (1) Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in the *In re Guantanamo Bay Detainee Cases* by then Coordinating Judge Joyce Hens Green; and (3) Order Addressing Designation Procedures

1

for "Protected Information" (Nov. 10, 2004) (Green, J.) [hereinafter "Protective Orders"]. See Exhibits 1-3.

Entry of the Protective Orders would permit counsel the opportunities accorded counsel in other pending Guantanamo Bay detainee cases in which the Protective Orders have been entered to send mail to petitioners by way of the legal mail procedures outlined in the Protective Orders and to visit petitioners at Guantanamo Bay, upon compliance with the terms of the Protective Orders.

Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioners conferred with respondents' counsel on September 21, 2005.  Respondents' counsel do not oppose this motion.  A proposed order is attached.  See Exhibit 4.

Dated: September 21, 2005

Respectfully submitted,

Counsel for Petitioners:

_____/s/_____
Michael D. Hausfeld (DC153742)
Agnieszka M. Fryszman (DC459208)
Matthew K. Handley (DC489946)
Reena Gambhir
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Ave, Suite 500 West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
LAW OFFICES OF JOHN HOLLAND
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Tel: (303) 860-1331
Fax: (303) 832-6506

*Of Counsel*
Atif Ali Khan
ATIF ALI KHAN & ASSOCIATES
Advocates & Legal Consultants
Suite #9, First Floor
Cantonment Plaza, Saddar Road
Peshawar,
Pakistan
Tel: (92-91) 279 007
Fax: (92-91) 279 006

Barbara Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499