IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Abdul Raheem Ghulam Rabbani,**      ) <br>     et al.                                                    ) <br>                                                                ) <br>          **Petitioners,**                             ) <br>                                                                ) <br> v.                                                             )           No. 1:05-cv-1607-RMU <br>                                                                ) <br> **GEORGE W. BUSH, et al.**                ) <br>                                                                ) <br>          **Respondents.**                          ) <br> _____) | |

### [PROPOSED] ORDER ENTERING PROTECTIVE ORDERS

The following orders in *In Re Guantanamo Bay Detainee Cases* shall be fully applicable in this case as if entered herein: Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004; and Order Addressing Designation Procedures for "Protected Information", issued November 10, 2004.

IT IS SO ORDERED.

DATED: _____          _____
                                                      United States District Judge Ricardo M. Urbina