IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL RAHEEM GHULAM RABBANI,** *et al.* <br> *Petitioners*, <br><br> v. <br><br> **GEORGE W. BUSH,** *et al.*, <br><br> *Respondents.* | ) ) ) ) ) ) ) ) ) ) ) ) ) |   Civil Action No. 05-01607-RMU |

**[PROPOSED] ORDER FOR WRIT OF HABEAS CORPUS**

The Court, having considered the Petition for Writ of Habeas Corpus and Petitioners' Motion for the Immediate Issuance of a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2243 or, alternatively, to Issue an Order to Show Cause and For an Order That Respondents Furnish Petitioners with Applicable Factual Returns, IT IS HEREBY ORDERED that the Writ of Habeas Corpus is granted.

IT IS FURTHER ORDERED that Petitioners Abdul Raheem Ghulam Rabbani and Ahmmed Ghulam Rabbani shall be produced before the Court within ____ days of the issuance of this Order.

Dated: _____, 2005

_____
United States District Judge Ricardo M. Urbina