UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL RAHEEM GHULAM RABBANI *et al.*, | : : : | |
| Petitioner, | : : | Civil Action No.:   05-1607 (RMU) |
| | : | Document No.:   5 |
| v. | : : | |
| GEORGE W. BUSH, President of the United States *et al.*, | : : : | |
| Respondents. | : : | |

## ORDER

**GRANTING THE PETITIONERS' UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Upon consideration of the petitioners' unopposed motion for expedited entry of a protective order, it is this 11th day of October 2005, hereby

**ORDERED** that the petitioners' unopposed motion for a protective order is **GRANTED**; and it is

**FURTHER ORDERED** that the court **ENTERS** by way of reference the protective orders previously entered in other Guantanamo detainee case.  *E.g.*, Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, *In re Guantanamo Detainee Cases*, No. 02-0299 (D.D.C. Nov. 8, 2004).

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge