IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAHEEM GHULAM RABBANI, et al.,<br><br>   Petitioners,<br><br> v.<br><br>GEORGE W. BUSH, et al.,<br><br>   Respondents. | Civil Action No. 05-01607-RMU |

## NOTICE OF FILING

  Petitioners have filed with the Court Security Officer the following pleading in the above-captioned case Petitioners' Opposition to Respondents' Motion to Stay Proceedings and Reply to Respondents' Opposition to Motion for Writ of *Habeas Corpus* or Order to Show Cause.

Dated: October 20, 2005          Respectfully submitted,

                        /s/
                  Michael D. Hausfeld
                  Agnieszka M. Fryszman
                  Matthew K. Handley
                  Reena Gambhir
                  COHEN, MILSTEIN, HAUSFELD &
                  TOLL P.L.L.C.
                  1100 New York Avenue, N.W.
                  Suite 500, West Tower
                  Washington, DC  20005
                  Telephone:  (202) 408-4600
                  Facsimile:   (202) 408-4699

John R. Holland
Anna Cayton Holland
LAW OFFICES OF JOHN HOLLAND
2150 West 29th Avenue
Suite 500
Denver, CO  80211
Telephone:	(303) 860-1331
Facsimile:	(303) 832-6506

Attorneys for Petitioners

*Of Counsel*
Atif Ali Khan
ATIF ALI KHAN & ASSOCIATES
Advocates & Legal Consultants
Suite #9, First Floor
Cantonment Plaza, Saddar Road
Peshawar, Pakistan
Telephone:	(92-91) 279 007
Facsimile:	(92-91) 279 006

Barbara Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:  (212) 614-6439
Facsimile:  (212) 614-6499