**ATTACHMENT TO NOTICE OF FILING**

Petitioners' Opposition to Respondents' Motion to Stay Proceedings and Reply to Respondents' Opposition to Motion for Writ of *Habeas Corpus* or Order to Show Cause in the case of *Rabbani v. Bush*, C.A. No. 05-1607-RMU was filed with the Court Security Officer today this 20th day of October at 4:30 pm..