**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ABDUL RAHEEM GHULAM RABBANI, et al.** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | **Civil Action No. 05-01607 (RMU)** |
| **v.** | ) | |
| | ) | |
| **GEORGE W. BUSH, et al.** | ) | |
| | ) | |
| **Respondents.** | ) | |

**DECLARATION OF REENA GAMBHIR**

I, Reena Gambhir, under the pains and penalties of perjury, declare and say:

1. I am an attorney in the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., and counsel for Petitioners Abdul Raheem Ghulam Rabbani, Malika, Ahmmed Ghulam Rabbani, and Fouzia Ahmmed. I am submitting this declaration in support of Petitioners' Opposition to Respondents' Motion to Stay Proceedings and Reply to Respondents' Opposition to Motion for Writ of *Habeas Corpus* or Order to Show Cause.

2. Attached as Exhibit A is a true and correct copy of the Memorandum from Bree A. Ermintrout, to Director, Combatant Status Review Tribunal, Jan. 18, 2005, *in* Factual Return for Petitioner Abdulsalam Ali Abdulrahman Al-Hela, *Al-Hela v. Bush*, 05-CV-01048 (RMU) (D.D.C. June 15, 2005).

Signed under the pains and penalties of perjury, this 20th day of October, 2005.

Reena Gambhir

**EXHIBIT A**

18 Jan 05

MEMORANDUM

From: Assistant Legal Advisor
To: Director, Combatant Status Review Tribunal
Via: Legal Advisor

Subj: LEGAL SUFFICIENCY REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL FOR DETAINEE ISN #

Ref: (a) Deputy Secretary of Defense Order of 7 July 2004
(b) Secretary of the Navy Implementation Directive of 29 July 2004

Encl: (1) Appointing Order for Tribunal # 19 of 4 November 2004
(2) Record of Tribunal Proceedings

1. Legal sufficiency review has been completed on the subject Combatant Status Review Tribunal in accordance with references (a) and (b). After reviewing the record of the Tribunal, I find that:

a. The detainee was properly notified of and actively participated in the Tribunal process. The detainee provided a sworn oral statement at the Tribunal hearing.

b. The Tribunal was properly convened and constituted by enclosure (1).

c. The Tribunal substantially complied with all provisions of references (a) and (b).

d. The detainee did not request that any witnesses or evidence be produced.

e. The Tribunal's decision that detainee # is properly classified as an enemy combatant was unanimous.

2. The proceedings and decision of the Tribunal as reflected in enclosure (2) are legally sufficient and no corrective action is required.

3. I recommend that the decision of the Tribunal be approved and the case be considered final.

BREE A. ERMENTROUT
CDR, JAGC, USNR