IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL RAHEEM GHULAM RABBANI, et al. )
)
    Petitioners, )
)
v. ) No. 1:05-cv-1607-RMU
)
GEORGE W. BUSH, et al. )
)
    Respondents. )
_____)

### [PROPOSED] ORDER

Having considered Petitioners' Opposition to Respondents' Motion to Stay Proceedings and Reply to Respondents' Opposition to Motion for Writ of *Habeas Corpus* or Order to Show Cause, it is hereby **ORDERED**,

1. That Respondents' Motion to Stay Proceedings be **Denied**, or, alternatively, if Respondents' Motion to Stay is **Granted**, that stay shall not prevent the parties from filing any emergency motion for relief; and

2. That Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not remove Petitioners from Guantanamo unless the Court and counsel receive 30-days' advance notice of such removal; with such notice to include the destination and terms of transfer; and

3. Petitioners motion for an immediate Writ of *Habeas Corpus* or Order to Show Cause be **Granted**; and

4. Respondents shall provide unredacted factual returns to all Petitioners within forty-five (45) days of entry of this Order.

DATED: _____     _____

                                  United States District Judge Ricardo M. Urbina