AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ABDUL RAHEEM GHULAM RABBANI, et al.,

       Petitioners-Plaintiff(s)     )
                                       )   **APPEARANCE**
                                       )
                     vs.            )   CASE NUMBER 1:05-CV-1607 (RUM)
GEORGE W. BUSH, et al.,             )
                                     )
      Respondents-Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Avi Samuel Garbow   as counsel in this
                                       (Attorney's Name)

case for: Petitioner, Abdul Raheem Ghulam Rabbani and Next Friends, Ahmmed Ghulam Rabbani, Malika and Fouzia Ahmmed
             (Name of party or parties)

January 17, 2005
Date

/s/ Avi Samuel Garbow
Signature

Avi Samuel Garbow
Print Name

445399
BAR IDENTIFICATION

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., Suite 500
Address

Washington, DC 20005
City    State    Zip Code

(202) 408-4600
Phone Number