A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) | **APPEARANCE** |
| vs. | ) ) ) | CASE NUMBER |
| Defendant(s) | ) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  _____ as counsel in this
                                         (Attorney's Name)

case for:_____
                       (Name of party or parties)


_____         ___/s/ Matthew B. Kaplan_____
Date                                    Signature

                                        _____
_____          Print Name
BAR IDENTIFICATION
                                        _____
                                        Address

                                        _____
                                        City         State       Zip Code

                                        _____
                                        Phone Number