EXHIBIT 3

### DECLARATION OF ANANT RAUT IN SUPPORT OF PETITIONERS' OPPOSITION TO THE GOVERNMENT'S MOTION TO EXAMINE PRIVILEGED ATTORNEY-CLIENT INFORMATION

I, Anant Raut, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. My name is Anant Premanand Raut. I respectfully submit this declaration in response to allegations made in the July 7, 2006 Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Hearing.

2. I am an attorney with the law firm Weil, Gotshal & Manges LLP. Since January 2005, our firm has represented five Saudi Arabian citizens detained at Guantánamo Bay in the case of *Al-Anazi v. Bush*, Civ. No. 1:05-CV-00345 (JDB).

3. On July 3, 2006, the Privilege Team cleared a letter received from one of our clients currently detained in Guantánamo Bay.

4. The letter was signed and dated May 31, 2006.

5. Line 1 of the letter translates as follows: "The situation here is very difficult. I have been denied access to paper and pen to write to you."

6. Lines 2-3 of the letter translates as follows: "Add to this: they have taken away, from me and from many other detainees, our correspondence and our legal material. I do not even have your address or stationery."

7. Line 4 of the letter translates as follows: "About a week ago, I received your letter, dated May 17, 2006. They gave me only 20 minutes to read it, and then they took it away."

8. Line 5 of the letter translates as follows: "I wanted to write to you, but was unable to do so, but then I got your address from some fellow detainees."

1

9. Respondents assert that detainees' written materials, including legal mail, were impounded on or about June 14, 2006. Mot. at 6.

10. Respondents assert that the seizure of detainees' written materials, including legal mail, was an outgrowth of an investigation by the Naval Criminal Investigative Service ("NCIS") begun in response to the deaths of three detainees. Mot., 4-8.

11. The detainees were found dead on June 10, 2006.

12. Our client reported that he and many other detainees had their written materials seized more than ten days before the deaths of three detainees, and nearly six weeks before Respondents alleged that NCIS impounded detainees' written materials.

13. The seizure of legal mail appears to have been widespread, and taken place well before the three detainee deaths and subsequent NCIS investigation.

14. Because my client was stripped of his writing materials and my mailing address, he has been unable to communicate with me further.

I declare that under penalty of perjury that the foregoing is true and correct.

_Anant Raut_

Anant Raut

Dated: July 19, 2006