IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAHEEM GHULAM RABBANI, <br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> *Respondents/Defendants*. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1607 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF MATTHEW K. HANDLEY**

1. My name is Matthew K. Handley and I am an attorney at the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein"). My law firm is counsel of record for Ahmmed Ghulam Rabbani ("Ahmmed") and Abdul Raheem Ghulam Rabbani ("Abdul") (collectively the "Rabbani Brothers"). I make this declaration on personal knowledge alone.

2. In the course of representing the Rabbani Brothers, I have reviewed every letter and communication made to them by their legal team at Cohen Milstein and have been present during all visits of Cohen Milstein attorneys with them at Guantanamo Bay. At these meetings, Ahmmed often takes copious notes and also arrives with written questions and topics which he wishes to discuss with us. These are kept in a "legal materials" manila folder that he carries with him. Abdul is virtually illiterate and seems to be in an extremely confused mental state. My experiences with both Abdul and Ahmmed tell me that they are uneducated and unsophisticated.

3. I have read the declarations of Harry B. Harris Jr. (undated) and of Carol Kisthardt dated July 7, 2006, both of which were filed on July 7, 2006.

4. At no time has an attorney (or employee) for Cohen Milstein ever communicated to the Rabbani Brothers any advice, legal or otherwise, concerning the taking of their lives or the tying of knots.

5. At no time have the Rabbani Brothers sought advice, legal or otherwise, concerning taking their own life or tying of knots.

6. All blank papers given to the Rabbani Brothers that were endorsed under a caption "Privileged and Confidential," "Attorney Client Privileged," "Attorney-Detainee Materials" or their equivalent were given to them in accordance with the procedures set out in the Protective Order entered in their cases. The blank-endorsed pages were left for them for the sole purpose of communicating with their counsel from Guantanamo Bay.

7. Cohen Milstein has sent the Rabbani Brothers no less than six letters in the past year that contain attorney-client privileged materials, including, materials they were to be used to prepare for their hearings before the Administrative Review Board and updates regarding their cases.

8. No Cohen Milstein attorney has delivered to or taken from the Rabbani Brothers messages or communications from any other prisoner at Guantanamo Bay.

I declare under the penalties of perjury the foregoing is true and correct.

Dated: July 21, 2006                    _____/s/_____
                                         Matthew K. Handley, Esq.