IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ABDUL RAHEEM GHULAM RABBANI,**  )<br>*Petitioners/Plaintiffs*,  )<br>  )<br>**v.**  )<br>  )<br>  )<br>**GEORGE W. BUSH,** *et al.*,  )<br>*Respondents/Defendants*.  )<br>  ) | Civil Action No. 05-1607 (RMU) |

**[PROPOSED] ORDER**

Having considered the government's motion to examine privileged communications (Dkt. No. 20) and Ahmmed Ghulam Rabbani's ("Ahmmed") and Abdul Raheem Ghulam Rabbani's ("Abdul") (collectively the "Rabbani Brothers") opposition thereto (Dkt. No. 22), and the briefing and arguments thereon, it is hereby—

ORDERED, that the government's motion is DENIED and the Rabbani Brothers' motion is GRANTED; and it is further

ORDERED, that the government shall describe in detail all communications between any agency of the Department of Defense and any agency of the Department of Justice regarding the seizure and review of the Rabbani Brothers' legal papers; and it is further

ORDERED, that the government shall deliver all of the Rabbani Brothers' legal papers to counsel no later than July 25, 2006; destroy, and certify that it has destroyed, all copies, summaries, descriptions, or analyses of such papers; and neither seize nor review any other legal papers of the Rabbani Brothers; and it is further

ORDERED, that the government provide information, under oath by a person with actual knowledge, giving the particulars of what has been done with the privileged materials (including

-1-

-2-

who has read them, what analysis has been made, etc.) so that counsel and the Court can assess the need for further review.

 

_____
United States District Judge