IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAHEEM GHULAM RABBANI, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1607 (RMU) |

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group (i.e., all respondents herein), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order dated June 16, 2006 (dkt. no. 19) prohibiting respondents from removing petitioner from Guantanamo Bay, Cuba ("GTMO") unless the Court and counsel for petitioners receive thirty days' advance notice of such removal.

Dated: August 14, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

*/s/ Marc A. Perez*
_____
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Tel:  (202) 514-4505
Fax: (202) 616-8202


Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2006, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioners in this case as follows:

> John R. Holland
> Anna Cayton-Holland
> LAW OFFICES OF JOHN HOLLAND
> 2150 West 29th Avenue
> Suite 500
> Denver, CO 80211
> Email: jholland1@mac.com
> Email: anna@johnhollandlaw.com
>
> Michael D. Hausfeld
> Agnieszka M. Fryszman
> Avi Samuel Garbow
> Matthew K. Handley
> Matthew B. Kaplan
> Reena Gambhir
> COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
> 1100 New York Avenue, NW
> West Tower, Suite 500
> Washington, D.C. 20005-3964
> Email: mhausfeld@cmht.com
> Email: afryszman@cmht.com
> Email: agarbow@cmht.com
> Email: mhandley@cmht.com
> Email: mkaplan@cmht.com
> Email: rgambhir@cmht.com

/s/ Marc A. Perez
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
One of the Attorneys for Respondents