**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDUL RAHEEM GHULAM RABBANI,**    *et al*.      **Petitioners,**     **v.**     **GEORGE W. BUSH,** *et al.*      **Respondents.** | ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 1:05-cv-1607-RMU |

**NOTICE OF FILING**

Petitioners have filed with the Court Security Officer the following pleadings in the

above-captioned case:

1.     CROSS-MOTION TO STAY AND ABEY ACTION PENDING EXHAUSTION OF REMEDIES UNDER THE DETAINEE TREATMENT ACT

2.     OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION TO STAY AND ABEY ACTION PENDING EXHAUSTION OF REMEDIES UNDER THE DETAINEE TREATMENT ACT

3.     PROPOSED ORDER

DATE:   May 3, 2007

_____/s/_____
Avi S. Garbow (DC445399)
Matthew K. Handley (DC489946)
Jason M. Leviton (DC495460)
Matthew B. Kaplan (DC484760)
**COHEN MILSTEIN HAUSFELD & TOLL**
1100 New York Ave, NW, Suite 500W
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Telephone:   (303) 860-1331
Facsimile:    (303) 832-6506

IMANAGE 285680.1 12540001

2