Previously filed with CSO and Cleared for Public Filing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL RAHEEM GHULAM RABBANI, *et al.*, ) *Petitioners/Plaintiffs*, ) ) v. ) ) ) GEORGE W. BUSH, *et al.*, ) *Respondents/Defendants*. ) ) | Civil Action No. 05-01607(RMU) |

**CROSS-MOTION TO STAY AND ABEY ACTION PENDING EXHAUSTION OF REMEDIES UNDER THE DETAINEE TREATMENT ACT**

Petitioners hereby respectfully move this Court, in the interests of justice, to enter the Proposed Order submitted concurrently herewith to: (1) stay the dismissal of this habeas action for want of jurisdiction pending Petitioners' exhaustion of their remedies in the Court of Appeals under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680 ("DTA"), (2) hold this action in abeyance pending Petitioners' exhaustion of those remedies and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional issue as presented in a pending petition for certiorari before judgment in *Hamdan v. Rumsfeld*, Case No. 06-1169; and (3) granting such other and further relief as the Court deems just and proper.

Dated: May 3, 2007						Respectfully submitted,

								Counsel for Petitioners:


								____/s/ Avi S. Garbow_____
								Michael D. Hausfeld (DC 153742)
								Avi S. Garbow (DC 445399)
								Matthew K. Handley (DC 489946)
								Matthew B. Kaplan (DC 484760)
								Jason M. Leviton (DC 495460)
								**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
								1100 New York Ave, N.W., Suite 500
								Washington, DC 20005
								Tel: (202) 408-4600
								Fax: (202) 408-4699

								John Holland (CO 5246)
								Anna Cayton-Holland (CO 35811)
								**Law Offices of John Holland**
								2150 W. 29th Ave, Suite 500
								Denver, CO 80211