IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL RAHEEM GHULAM RABBANI, *et al.*, ) | |
| *Petitioners/Plaintiffs*, ) | |
| ) | |
| v.  ) | Civil Action No. 05-01607(RMU) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| *Respondents/Defendants*. ) | |

## PROPOSED ORDER

Upon consideration of Petitioners' Opposition To Motion To Dismiss and Cross Motion To Stay And Abey Action Pending Exhaustion Of Remedies Under The Detainee Treatment Act, it is

ORDERED that (1) the Respondents' Motion to Dismiss the habeas actions of Petitioners Abdul Raheem Ghulam Rabbani and Ahmmed Ghulam Rabbani is denied, and (2) that this action be held in abeyance pending Petitioners' exhaustion of their remedies in the Court of Appeals under the Detainee Treatment Act of 2005 and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush.*

IT IS SO ORDERED.

DATED:

_____
United States District Judge
Ricardo M. Urbina