UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ABDUL RAHEEM GHULAM RABBANI, *et al.*,

      Petitioners,

v.

GEORGE W. BUSH, *et al.*,

      Respondents.

Case No. 05-CV-1607 (RMU)

### UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF CLIVE STAFFORD SMITH, ESQ.

Pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned, as the sponsoring member of the Bar of this Court, moves the Court for an order granting admission *pro hac vice* of Clive Stafford Smith to appear and participate in proceedings in this Court in the above referenced action.  The grounds for this motion are set forth in the attached certification of Mr. Stafford Smith.

Mr. Stafford Smith acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if he is admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Stafford Smith will be associated in this case.

Plaintiffs have conferred with Defendants regarding this motion and Defendants take no position on the motion.

WHEREFORE, for the above reasons, Plaintiffs respectfully request the Court grant this Motion and enter an Order for admission *pro hac vice*.

Respectfully submitted,

Dated:  July 13, 2007 /s/ Matthew B. Kaplan
Michael Hausfeld (DC153742)
Agnieszka Fryszman (DC459208)
Matthew Handley (DC489946)
Matthew B. Kaplan (DC484760)
**COHEN MILSTEIN HAUSFELD &
    TOLL P.L.L.C.**
1100 New York Ave, NW, Suite 500W
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Telephone:    (303) 860-1331
Facsimile:    (303) 832-6506

Of Counsel for Petitioner:
Atif Ali Khan
**ATIF ALI KHAN & ASSOCIATES**
Suite #9, First Floor,
Canonment Plaza, Saddar Road,
Peshawar,
Pakistan
Telephone:    (92-91) 279 007
Facsimile:    (92-91) 279 006

Barbara Olshansky
Deputy Director
**CENTER FOR CONSTITUTIONAL
RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Telephone:     (212) 614-6439
Facsimile:     (212) 614-6499

IMANAGE 295096.1 12540003