## AFFIDAVIT

CITY OF LONDON      )
                    ) ss.
GREAT BRITAIN       )

CLIVE STAFFORD SMITH, ESQ., being duly sworn upon his oath, states that he is the above-named visiting attorney; that his United States address and telephone number are: Justice in Exile, 636 Baronne Street, New Orleans, Louisiana, 70113, (504) 558-9867; that he is an attorney and a member in good standing of, *inter alia*, the following state and federal bars:

1. State of Georgia (admitted 1985, bar no. 673994)
2. State of Mississippi (admitted 1985, bar no. 7479)
3. State of Louisiana (admitted 1984, bar no. 14444)
4. United States District Courts including the District of E.D. Louisiana; W.D. Louisiana; S.D. Mississippi; N.D. Georgia; and the S.D. Georgia
5. United States Court of Appeals for the Fifth Circuit
6. United States Court of Appeals for the Eleventh Circuit
10. United States Supreme Court (admitted 1988)

that he has not been disciplined by any bar; that he has previously been admitted *pro hac vice* in various of the Guantanamo Bay cases before this Court, including the original litigaiton in *Rasul et al. v. Bush et al*, No. CV02-0299; and that he has read the rules of this Court concerning admission *pro hac vice* and will abide by the same.

No notary public being available, this document is executed under the penalties of perjury. April 14", 2007.

_____
Clive Stafford Smith, Esq.