# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAHEEM GHULAM RABBANI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | Case No. 05-CV-1607 (RMU) |

# [PROPOSED] ORDER

Upon consideration of the motion and supporting attachments submitted by Matthew B. Kaplan (D.C. Bar No. 484760), an active member of the Bar of this Court, for the admission *pro hac vice* of Clive Stafford Smith, and for good cause shown, it is, this _____ day of _____, 2007,

ORDERED: The Motion for Admission *Pro Hac Vice* is GRANTED, and that Clive Stafford Smith is admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Honorable Ricardo M. Urbina
United States District Judge