IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ABDUL GHULAM RABBANI,** *et al.*, | ) ) ) |
| *Petitioners*, | ) ) Civ. No. 05-1607 (RMU) |
| *v.* | ) ) |
| **GEORGE W. BUSH**, *et al.*, | ) ) |
| *Respondents*. | ) |

**[PROPOSED] ORDER**

Having considered Petitioners' Motion to Reconsider and Vacate Order of September 20, 2007 Dismissing Cases and the briefing and arguments thereon, it is hereby

ORDERED, that Petitioners' motion is GRANTED; and it is further

ORDERED, that this Court's September 20, 2007 order dismissing the above-captioned cases for lack of jurisdiction is VACATED; and it is further

ORDERED, that consideration of any motion of respondents to dismiss the above-captioned cases or to vacate the protective order, the advance-notice order, or other orders entered therein is deferred pending (1) the Supreme Court's final disposition of *Boumediene v. Bush*, No. 06-1195 (S. Ct.), and *Al Odah v. United States*, No. 06-1196 (S. Ct.); (2) the D.C. Circuit's final disposition of *Boumediene* and *Al Odah*; and (3) the D.C. Circuit's final disposition of the above-captioned cases in No. 05-5224 (D.C. Cir.) and any other pending appeals.

                                                                                     _____
                                                                                     RICARDO M. URBINA
                                                                                     United States District Judge