# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5194**  **September Term, 2006**

04cv02022

Filed On: June 20, 2007 [1048438]

Saifullah Paracha, Detainee, Guantanamo Bay Naval Station and Farhat Paracha, Next Friend,
    Appellants

v.

George W. Bush, Jr., et al.,
    Appellees

---

Consolidated with 05-5333

**BEFORE:** Ginsburg, Chief Judge, Randolph, Circuit Judge, and Edwards, Senior Circuit Judge

### O R D E R

Upon consideration of appellants' motion to stay the mandate, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied.

### Per Curiam

                              FOR THE COURT:
                              Mark J. Langer, Clerk

BY:

                              Michael C. McGrail
                              Deputy Clerk



EXHIBIT F