UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED AL DARBY,<br>    *et al.*,<br>        Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br>        Respondents. | Civil Action No. 05-2371 (RCL) |

## ORDER

Until a final ruling is made on this Court's jurisdiction, the petitioner's motion [24] for an order requiring notice of transfer or return, and petitioner's motion [25] for an order requiring factual returns are both denied, without prejudice.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 8, 2007.


EXHIBIT J