UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-0444 (TFH)<br><br>Civil Action No. 05-2336 (PLF) |

## NOTICE OF FILING

Petitioners have filed with the Court Security Officer the following pleading in the above-captioned case:  July 18, 2008 Status Report.

Dated:  July 18, 2008

                                  Respectfully submitted,

                                  Counsel for Petitioner:

                                  __/s/  Agnieszka M. Fryszman_____
                                  Agnieszka Fryszman (DC 459208)
                                  Avi S. Garbow (DC 445399)
                                  Matthew K. Handley (DC 489946)
                                  Matthew B. Kaplan (DC 484760)
                                  **Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
                                  1100 New York Ave, N.W., Suite 500
                                  Washington, DC 20005
                                  Tel:  (202) 408-4600
                                  Fax: (202) 408-4699

                                  John Holland (CO 5246)
                                  Anna Cayton-Holland (CO 35811)
                                  **Law Offices of John Holland, P.C.**
                                  1437 High Street
                                  Denver, CO 80218
                                  Tel:  (303) 860-1331
                                  Fax:  (303) 832-6506