UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action No. 05-0492 (JR)**<br>**No. 05-1607 (RMU)** |

## NOTICE OF FILING

Petitioners have filed with the Court Security Officer the following pleading in the above-captioned case: July 18, 2008 Status Report.

Dated: July 18, 2008

    Respectfully submitted,

    Counsel for Petitioner:

    __/s/  Agnieszka M. Fryszman_____
    Agnieszka Fryszman (DC 459208)
    Avi S. Garbow (DC 445399)
    Matthew K. Handley (DC 489946)
    Matthew B. Kaplan (DC 484760)
    **Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
    1100 New York Ave, N.W., Suite 500
    Washington, DC 20005
    Tel:  (202) 408-4600
    Fax: (202) 408-4699

    John Holland (CO 5246)
    Anna Cayton-Holland (CO 35811)
    **Law Offices of John Holland, P.C.**
    1437 High Street
    Denver, CO 80218
    Tel:  (303) 860-1331
    Fax: (303) 832-6506