## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-492 (JR)<br>No. 05-1607 (RMU) |

### NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondent that Petitioners in *Aziz v. Bush*, No. 05-492-JR, and *Rabbani v. Bush*, No. 05-1607-RMU, join in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order," filed September 8, 2008.

Dated:  September 9, 2008

Respectfully submitted,

Counsel for Petitioners:

_____/s/_____
Agnieszka Fryszman (DC 459208)
Avi Garbow (DC 445399)
Matthew K. Handley (DC 489946)
**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
1100 New York Ave, N.W., Suite 500
Washington, DC 20005
Tel:  (202) 408-4600
Fax: (202) 408-4699


John Holland
Anna Cayton-Holland
**Law Offices of John Holland**
1437 High St.
Denver, CO 80218

Clive A. Stafford Smith
Zachary Katznelson
**Reprieve**
P.O. Box 52742
London EC4P 4WS
England