IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMAD GHULAM RABBANI (ISN 1461), | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Civil Action No. 05-CV-1607 (RCL) |
| BARACK OBAMA, *et al.*, | )<br>) |
| Respondents. | )<br>) |

## **NOTICE**

This notice is to inform the Court that Petitioner has been placed back on the list of detainees approved for enteral feeding as of December 11, 2014.

Dated:  December 15, 2014    Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director


*/s/ James J. Schwartz*
ANDREW I. WARDEN
TIMOTHY B. WALTHALL
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel.: (202) 616-8267
James.schwartz@usdoj.gov
*Attorneys for Respondents*