UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMAD AHMAD GHULAM RABBANI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1607 (RCL) |
| | ) | |
| BARACK OBAMA, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER

Before the Court are the petitioner's motion for a preliminary injunction [306], the

government's opposition [319], the petitioner's reply [320], the petitioner's and government's

respective briefs regarding any claims remaining to be decided in this case [341, 344], and the

petitioner's status report [346] filed December 16, 2014.   For the reasons explained in the

accompanying Memorandum Opinion issued this date, it is hereby

**ORDERED** that the petitioner's motion for a preliminary injunction [306] is **DENIED.**

It is **SO ORDERED** this *19th* day of December 2014.


ROYCE C. LAMBERTH
United States District Judge