UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMAD AHMAD GHULAM RABBANI, ) ) Petitioner, ) ) v. ) ) BARACK OBAMA, *et al.* ) ) Respondents. ) | Civil No. 05-1607 (RCL) |

## ORDER

Pursuant to this Court's Order denying the petitioner's motion for a preliminary injunction issued this date, the government's motion to stay the deadline for opposing the petitioner's motion for a preliminary injunction [310], the petitioner's motion to compel the preservation of videotapes of Forced Cell Extractions and enteral feedings [323], and the petitioner's motion to compel production of such videotapes [328] are **DENIED** as moot. The petitioner's motion for leave to file the declaration of Courtney Busch is **GRANTED** nunc pro tunc.

It is **SO ORDERED** this 19th day of December 2014.

ROYCE C. LAMBERTH
United States District Judge