# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AHMAD GHULAM RABBANI,<br><br>*Petitioner/Plaintiff,*<br><br>v.<br><br>BARACK H. OBAMA, et al.,<br><br>*Respondents/Defendants.* | Civ. No. 05-1607 (~~GK~~) |

## [~~PROPOSED~~] ORDER GRANTING
## MOTION FOR ADMISSION *PRO HAC VICE* OF SHELBY SULLIVAN-BENNIS

Upon consideration of the Motion for Admission *Pro Hac Vice* of Shelby

Sullivan-Bennis in the above-captioned matter and the Declaration of Shelby Sullivan-

Bennis in support thereof, it is this 25th day of January , 2016, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Shelby Sullivan-

Bennis is **GRANTED**; and it is,

**FURTHER ORDERED**, that Shelby Sullivan-Bennis is allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

ROYCE C. LAMBERTH
U.S. District Judge