## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

————————————————————————— x
:
TOFIQ NASSER AWAD AL BIHANI (ISN 893),      :      Case Nos.
:
ABDU LATIF NASSER (ISN 244),                :      04-cv-1194 (TFH) (ISN 569)
:
SHARQAWI AL HAJJ (ISN 1457),                :      05-cv-764 (CKK) (ISN 244)
:
SANAD AL KAZIMI (ISN 1453),                 :      05-cv-1607 (RCL) (ISNs 1460, 1461)
:
SUHAIL AL SHARABI (ISN 569),                :      05-cv-2386 (RBW) (ISNs 893, 1453)
:
ABDUL RABBANI (ISN 1460),                   :      08-cv-1440 (CKK) (ISN 10025)
:
AHMED RABBANI (ISN 1461),                   :      09-cv-745 (RCL) (ISN 1457)
:
ABDUL MALIK (ISN 10025),                    :
:
                    Petitioners,            :
:
            v.                              :
:
DONALD J. TRUMP, *et al.*,                  :
:
                    Respondents.            :
:
————————————————————————— x


### NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioners, by and through their undersigned counsel, respectfully submit this Notice of

Supplemental Authority in support of their pending Motion for Order Granting Writ of Habeas

Corpus.

In their Motion, Petitioners argue that they face the very real prospect of permanent

detention at Guantánamo, which violates the Due Process Clause and the 2001 Authorization for

Use of Military Force.  In further support of those arguments, Petitioners respectfully notify the

Court that this week military officials at Guantánamo told reporters that detention operations at the prison are "shifting to permanent detention" of current detainees, which will include hospice care for elderly detainees—a first for the prison.  Carol Rosenberg, *Gitmo Commanders Make Pitch for New Prison with Hospice-Care Wing for Ex-CIA Captives*, Miami Herald, June 6, 2018, available at https://bit.ly/2Jo8bS6.  They said that they are shifting to permanent detention operations because of President Trump's January 2018 executive order reversing the prior administration's mandate to close the prison.  *Id.*  For this reason, and for all of the reasons set forth in Petitioners' Motion and Reply, the Court should grant the writ of habeas corpus and order their release from Guantánamo.

Dated: New York, New York          Respectfully submitted,
      June 8, 2018

/s/ Shelby Sullivan-Bennis
**REPRIEVE U.S.**
Shelby Sullivan-Bennis, NY Bar No. 5364278
405 Lexington Ave.
New York, NY 10174
 (401) 835-4214
*shelby.sullivan-bennis@reprieve.org*

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
Reprieve
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk

*Counsel for Petitioner Ahmed Ghulam Rabbani
(ISN 1461), Case No. 05-cv-1607 (RCL)*

/s/ Shelby Sullivan-Bennis
REPRIEVE U.S.
Shelby Sullivan-Bennis, NY Bar No. 5364278
405 Lexington Ave.

New York, NY 10174
 (401) 835-4214
*shelby.sullivan-bennis@reprieve.org*

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
Reprieve
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk

Darin Thompson, OH Bar No. 0067093
Assistant Federal Public Defender
Office of the Federal Public Defender
Skylight Office Tower, Ste 750
1660 W. 2nd St., NW
Cleveland, Ohio 44113
(216) 522-4856
Fax (216) 522-4321


*Counsel for Petitioner Mohammed Abdulmalik (ISN
10025), Case No. 08-cv-1440 (CKK)*

/s/ Shelby Sullivan-Bennis
REPRIEVE U.S.
Shelby Sullivan-Bennis, NY Bar No. 5364278
405 Lexington Ave.
New York, NY 10174
 (401) 835-4214
*shelby.sullivan-bennis@reprieve.org*

George M. Clarke III, DC Bar No. 480073
815 Connecticut Avenue, N.W.
Washington, DC 20006
Phone: (202) 835-6184
Fax: (202) 416-7184
Email: george.clarke@bakermckenzie.com

*Counsel for Petitioner Tofiq Nasser Awad Al Bihani
(ISN 893), Case No. 05-cv-2386 (RBW)*


/s/ Shelby Sullivan-Bennis

REPRIEVE U.S.
Shelby Sullivan-Bennis, NY Bar No. 5364278
405 Lexington Ave.
New York, NY 10174
 (401) 835-4214
*shelby.sullivan-bennis@reprieve.org*

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
Reprieve
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk


Thomas Anthony Durkin (IL. Bar No. 697966)
Robin V. Waters (IL. Bar No. 6317340)
DURKIN & ROBERTS
2446 N. Clark St.
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com
rwaters@durkinroberts.com

*Counsel for Petitioner Abdul Latif Mohammed
Nasser (ISN 244), Case No. 05-cv-764 (CKK)*

/s/ Pardiss Kebriaei
Baher Azmy (Pursuant to LCvR 83.2(g))
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
Shayana D. Kadidal (D.D.C. Bar No. 454248)
Omar A. Farah (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499
pkebriaei@ccrjustice.org
bazmy@ccrjustice.org
skadidal@ccrjustice.org
wdixon@ccrjustice.org
ofarah@ccrjustice.org

*Counsel for Petitioner Sharqawi Abdu Ali Al-Hajj*
*(ISN 1457), Case No. 09-cv-745 (RCL)*

/s/ Martha Rayner
Martha Rayner
Clinical Associate Professor of Law
Fordham University School of Law
150 West 62nd Street, 9th Floor
New York, New York 10023
mrayner@lsls.fordham.edu
212-636-6941

*Counsel for Petitioner Sanad Ali Yislam Al-Kazimi*
*(ISN 1453), Case No. 05-cv-2386 (RBW)*

/s/ Mari Newman
Darold W. Killmer
Mari Newman
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street
Suite 400
Denver, CO 80202
(303) 571-1000
Fax: (303) 571-1001
dkillmer@killmerlane.com
mnewman@killmerlane.com

*Counsel for Petitioner Suhail Abdu Anam Sharabi*
*(ISN 569), Case No. 04-cv-1194 (UNA)*

/s/ Agnieszka M. Fryszman
John R. Holland
Anna Holland Edwards
Erica T. Grossman
HOLLAND, HOLLAND EDWARDS &
GROSSMAN, P.C.
1437 High Street
Denver, CO 80218
Tel: (303) 860-1331
john@hheglaw.com
anna@hheglaw.com
erica@hheglaw.com

Agnieszka M. Fryszman, DC Bar No. 459208
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.

East Tower, Suite 500
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com

*Counsel for Petitioner Abdul Raheem Rabbani (ISN 1460), Case No. 05-cv-1607 (RCL)*