**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AHMMED GHULAM RABBANI**, *et al.* ) <br> ) <br> *Petitioners*, ) <br> ) <br> v. ) <br> ) <br> **DONALD J. TRUMP**, *et al.*, ) <br> ) <br> *Respondents*. ) <br> _____) | **Civ. No. 05-1607 (RCL)** |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby withdraws as counsel for Petitioner Ahmmed Ghulam Rabbani in the above-referenced action. Petitioner Ahmmed Ghulam Rabbani will continue to be represented by other counsel of record.

Respectfully submitted,

/s/ Elizabeth L. Marvin
Elizabeth L. Marvin (DC Bar No. 496571)
MARVIN LAW PLLC
4401-A Connecticut Avenue, NW #118
Washington, DC 20008
(202)288-2343

*elizabeth@marvinlawpllc.com*

Dated: February 13, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2019, I filed the foregoing Notice of Withdrawal of Appearance through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ Elizabeth L. Marvin
Elizabeth L. Marvin